No. 93-7974. RONG HUA CHEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 93-7984. VON SCHIGET *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93-7985. TAYLOR *v.* STRICKLAND ET AL. C. A. 4th Cir. Certiorari denied. 

No. 93-7989. GILLIS *v.* MARYLAND. Ct. App. Md. Certiorari denied. 

No. 93-7990. HILAIRE *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93-7992. JOSEPH *v.* WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 93-7994. HARRIS *v.* ROCHA, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 93-7995. EDWARDS *v.* PHOEBE PUTNEY MEMORIAL HOSPITAL ET AL. C. A. 11th Cir. Certiorari denied. 

No. 93-7997. SULLIVAN *v.* CLARK, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 93-8001. SHAKUR *v.* BEYER, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93-8011. HUNTER *v.* DRESSLER ET AL. C. A. 6th Cir. Certiorari denied.

No. 93-8012. HUGHES *v.* WHITE, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 93-8013. GOMEZ *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 93-8014. GOOD *v.* BOWLES, SHERIFF, DALLAS COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied. 

No. 93-8030. LEDDEN *v.* STEPANIK ET AL. C. A. 3d Cir. Certiorari denied.